

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

May 20, 1947

Hon. J. F. Ward, Chairman,
Contingent Expense Committee,
House of Representatives,
Austin, Texas

Opinion No. V-211

Re: The legality of
payment, during
the interim, for
newspaper sub-
scriptions for
members of the
House of Repre-
sentatives from
the House Con-
tingent Expense
Account.

Dear Sir:

Your request for an opinion upon the above subject matter is as follows:

"Please give the Contingent Expense Committee of the House of Representatives an opinion as to whether or not it is permissible for the Contingent Expense Account to stand the expense of a member's newspaper subscription during the interim. Several House members have made such a request and as I can find no precedent concerning such a request, I would appreciate an opinion from your office as final authority."

You are respectfully advised that it is not lawful to pay from the Contingent Expense Account of the Legislature the expense of a member's newspaper subscription during the interim.

Such expense could not be construed to be for a public purpose with respect to any duty imposed by law upon the member.

There are, of course, certain interim expenses of members permissible to be paid, where they are acting in an interim committee capacity for some lawful legislative purpose, but the case put by you does not fall within that class of claims.

## SUMMARY

A member's expense for newspaper subscription during the Legislative interim may not be paid from the Contingent Expense Account of the Legislature.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Ocie Speer*
Ocie Speer
Assistant

OS:wb

APPROVED MAY 20 1947

*Price Daniel*
ATTORNEY GENERAL OF TEXAS